**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

          -against-

LOUIS HERRERA,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

05 Crim. 136, 05 Crim. 939 (GBD)

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for September 15, 2020 at 10:00 a.m.

Dated: New York, New York
        August 24, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge